34 So.3d 157 (2010)
FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, Appellant,
v.
Watson H. JERNIGAN and Voncille Jernigan, Appellees.
No. 1D09-1716.
District Court of Appeal of Florida, First District.
May 5, 2010.
Elliot H. Scherker, Elliot B. Kula, and Daniel M. Samson of Greenberg Traurig, P.A., Miami; Mark J. Upton of Daniell, Upton, Perry & Morris, P.C., Daphne, Alabama, for Appellant.
Charles P. Young and Matthew M. Villmer of Emmanuel, Sheppard & Condon, P.A., Pensacola, for Appellees.
*158 PER CURIAM.
AFFIRMED. Fla. Farm Bureau Cas. Ins. Co. v. Mathis, 33 So.3d 94 (Fla. 1st DCA 2010).
VAN NORTWICK, LEWIS, and ROWE, JJ., concur.